UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIN IBRAHIM,<br><br>               Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE,<br><br>               Respondent. | Case No.:  26cv837-LL-DDL<br><br>**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS** |

Pending before the Court is Petitioner Bin Ibrahim's Petition for Writ of Habeas Corpus. [ECF No. 1 ("Pet.")]. Respondent filed a response on March 5, 2026. [ECF No. 6 ("Ret.")]. For the reasons set forth below, the Court **DENIES** the Petition.

Petitioner is a noncitizen from Ghana who is currently detained at Otay Mesa Detention Center. Pet. at 1; ECF No. 6-1 at 3. On or about January 2, 2026, Petitioner entered the United States without inspection but was arrested shortly after. ECF Nos. 1-2 at 2; 6-1 at 4. He seeks a writ of habeas corpus directing his immediate release. Pet. at 7.

As relevant here, 8 U.S.C. § 1225(b) ("Section 1225") governs the detention of arriving noncitizens. Section 1225 allows for "expedited removal" of noncitizens "present in the United States who has not been admitted or who arrives in the United States." 8 U.S.C. § 1225(a)(1). "[I]f the examining immigration officer determines that [a noncitizen]

seeking admission is not clearly and beyond a doubt entitled to be admitted, the [noncitizen] shall be detained" for a proceeding under the regular removal process of § 1229a. § 1225(b)(2)(A). In other words, arriving noncitizens are subject to mandatory detention until removal proceedings have concluded. Here, Petitioner was detained shortly after entering the United States without inspection in January 2026. Therefore, Petitioner is subject to mandatory detention.

However, it seems that Petitioner was ordered removed on March 18, 2026, according to EOIR's Automated Case Information. Automated Case Information, https://acis.eoir.justice.gov/en/caseinformation (last visited April 2, 2026). If Petitioner remains in detention for more than three months after his order of removal becomes final, Petitioner may file a new petition alleging prolonged detention.

Accordingly, the Court **DENIES** the Petition **WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated:  April 2, 2026

_____
Honorable Linda Lopez
United States District Judge